IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY HANCOCH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV385 |
| | ) | |
| v. | ) | |
| | ) | |
| DR. FOXALL, Director, JANE DOE, and MENTAL ILLNESS, Company, | ) ) ) | MEMORANDUM OPINION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      This matter is before the Court on its own motion.  On October 30, 2012, plaintiff filed his complaint in this matter (Filing No. 1).  However, plaintiff failed to pay the filing fee or file a motion for leave to proceed in forma pauperis.  (*See* Docket Sheet.)  On November 20, 2012, the Court directed plaintiff to either tender the $350.00 filing fee to the clerk of the court or submit a request to proceed in forma pauperis (Filing No. 5).  The Court warned plaintiff that failure to comply by December 14, 2012, would result in the dismissal of this matter without further notice.  (*Id*.)  Plaintiff did not

respond.  (*See* Docket Sheet.)  A separate order will be entered in accordance with this memorandum opinion.

DATED this 27th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.